UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LOUIS BROCK,

    Plaintiff,

  v.

JOSEPH LEHMAN,

    Defendant.

Case No. C05-5343RBL

ORDER TO AMEND THE COMPLAINT

    This civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B).  Plaintiff was given leave to proceed *in forma pauperis.*

    This case has been reassigned to Judge Leighton.  (Dkt. # 5).  Review of the complaint reveals the complaint is deficient.  The 15 page document does not contain facts linking the only named defendant with actions allegedly taken against plaintiff and the document contains paragraphs relating to other persons who are not parties in this action.  The document violates Fed. R. Civ. P. 8 (a) and (e)(1). Plaintiff is **ORDERED** to file an amended complaint.  The amended complaint will act as a complete substitute for the original mand must be received on or before **July 29th, 2005** or

ORDER

the court will enter a Report and Recommendation that this action be dismissed.

The Clerk is directed to send a copy of this Order to plaintiff, and note the due date for the amended complaint as **July 29th, 2005.**

DATED this 28th day of June, 2005.

Karen L. Strombom
United States Magistrate Judge

ORDER