UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LOUIS W. BROCK,

                    Plaintiff,

        v.

JOSEPH LEHMAN,

                    Defendant.

Case No.  C05-5343 RBL/KLS

ORDER TO PROVIDE SERVICE
ADDRESS

        This civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 1, 3 and 4.   Plaintiff was granted leave to proceed *in forma pauperis* and has filed an acceptable Amended Complaint.   The U.S. Marshall attempted to serve Defendant with Plaintiff's Amended Complaint by mail, using the address supplied by Plaintiff.  That service was returned unexecuted due to an incomplete address.  (Dkt. # 10).

        Accordingly, the Clerk is directed to send to plaintiff an additional service form and Plaintiff is directed to fill out the form with a complete address for Defendant Joseph Lehman and return it with a copy of the amended complaint so the court can again attempt service by mail upon Defendant.  These documents must be returned on or before **October 20, 2006** or the court will recommend dismissal of this action for failure to prosecute.

        The Clerk is directed to send a copy of this Order and the service forms to plaintiff and counsel for defendant, and note this matter for **October 20, 2006.**

        DATED this  15th   day of September, 2006.

                                        Karen L. Strombom
                                        United States Magistrate Judge

ORDER
Page - 1