UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LOUIS W. BROCK,<br><br>                    Plaintiff,<br><br>        v.<br><br>JOSEPH LEHMAN,<br><br>                    Defendant. | Case No.  C05-5343 RBL/KLS<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED |

This civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.   Plaintiff has been granted *in forma pauperis* status.

On November 1, 2006, Plaintiff's motion for service of Defendant Joseph Lehman was denied. (Dkt. # 15).  At that time, Plaintiff was advised that, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, service of the summons and complaint must be made upon a defendant within 120 days after the filing of the complaint.  Plaintiff was also advised that, despite his *in forma pauperis status*, he must supply the information necessary to identify the defendants to be served, but if he required additional time to research and effect service, the Court would consider a motion for a good cause extension of time for an appropriate period pursuant to Fed.R.Civ.P. 4(m).

The time for service of the summons and complaint has passed and Plaintiff has made no further attempts to serve Defendant nor has he requested additional time within which to effect service.  Unless the Plaintiff can show good cause for his failure to serve, the Court shall dismiss the action without prejudice.

ORDER
Page - 1

1    Accordingly, Plaintiff is ordered to show cause on or before **March 23, 2007** why this action
2 should not be dismissed.

3    The Clerk of the Court is directed to send a copy of this order to Plaintiff and to note the **March
4 23, 2007** due date on the Court's calendar.

5    DATED this  22nd  day of February, 2007.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2