|   |   |
|---|---|
| 1 | HONORABLE RONALD B. LEIGHTON |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LOUIS W. BROCK,

          Plaintiff,

   v.

JOSEPH LEHMAN,

          Defendant.

Case No. C05-5343RBL

ORDER

      THIS MATTER comes on before the above-entitled Court upon this Court's Order [Dkt. #21] directing plaintiff to show cause in writing on or before May 4, 2007 why this case should not be dismissed for failure to respond to Magistrate Judge Strombom's Order to Show Cause [Dkt. #16].

      Having considered the entirety of the records and file herein, the Court finds and rules as follows:

      On April 19, 2007 this Court entered an Order [Dkt. #21] directing plaintiff to show cause in writing on or before May 4, 2007 why this case should not be dismissed for failure to respond to Magistrate Judge Strombom's Order to Show Cause. This Court's Order explicitly warned plaintiff that the failure to respond to the Order on or before May 4, 2007 would result in the dismissal with prejudice of his case. The Court has now allowed the plaintiff an extra 10 days (allowing for mailing) and plaintiff has failed to respond to this Court's Order. Therefore, plaintiff's case is hereby **DISMISSED WITH PREJUDICE**.

ORDER
Page - 1

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 14th day of May, 2007.

*[signature: Ronald B. Leighton]*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE