# United States District Court

## WESTERN DISTRICT OF WASHINGTON

LOUIS W. BROCK,

                     Plaintiff,                    JUDGMENT IN A CIVIL CASE

      v.

JOSEPH LEHMAN,                                    CASE NUMBER: C05-5343RBL

                Defendants,

___  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X_   **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED

Plaintiff's Case is DISMISSED WITH PREJUDICE.

_____ May 16, 2007 _____                    _____ BRUCE RIFKIN _____
                                                                    Clerk

                                                   _____ /s/ Pat LeFrois _____
                                                              Deputy Clerk